UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-14363-COOKE

JESSE T. PARKER,

    Plaintiff,

v.

SHERIFF KEN MASCARA,

    Defendant.
_____/

**REPORT AND RECOMMENDATION
TO ENTER ORDER DISMISSING THIS CASE WITH PREJUDICE**

    Upon an order of referral from the Honorable Donald L. Graham (ECF No. 19), today I presided over a settlement conference in this action. Plaintiff Jesse T. Parker, who represents himself, and Defendant's representative Emily Bruno, Claims Counsel for the Florida Sheriff's Risk Management Fund, and Defendant's counsel, Andrew Jolly, Esq. attended the settlement conference. (ECF No. 33). The parties reached a full settlement of this action, and immediately thereafter I held a brief hearing at which Plaintiff Parker confirmed that he agreed to dismiss this action with prejudice, in return for Defendant's agreement to not seek to recover any costs or attorneys' fees from Plaintiff. (ECF No. 35).

    At that hearing Plaintiff explained that he was recently released from custody. He does not have a computer, and this makes it difficult for him to create a stipulation of dismissal and file the same with the Court. I advised the parties that I would file this Report

and Recommendation, to notify the presiding judge of the parties' publicly announced stipulation of dismissal of this action with prejudice. (*See* ECF No. 35).

Finally, I note that Plaintiff confirmed that his address that now appears on the docket, 4989 Avienda Avenue, Fort Pierce, Florida, is accurate, and that his email is bluehunndid102@gmail.com.

For these reasons, I **RESPECTFULLY RECOMMEND** the Court enter an order, based upon the stipulation of the parties that was memorialized today in open Court, that **DISMISSES THIS ACTION WITH PREJUDICE**.

**No later than Wednesday December 21, 2022**, the parties may file any written objections to this Report and Recommendation with the Honorable Donald L. Graham, who is obligated to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985), *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989), 28 U.S.C. § 636(b)(1), 11th Cir. R. 3-1 (2016).

DONE AND RECOMMENDED at Miami, Florida this 14th day of December 2022.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Cc:  The Honorable Donald L. Graham
 Plaintiff Jesse T. Parker, *bluehunndid102@gmail.com*
 Andrew Jolly, Esq., *andrew@purdylaw.com*