UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-14363-Civ-COOKE

JESSE T. PARKER,

    Plaintiff,

v.

SHERIFF KEN MASCARA,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on United States Magistrate Judge Chris McAliley's Report and Recommendation (the "Report") to enter an order dismissing this case with prejudice (ECF No. 36). In her Report, Judge McAliley advises that the parties reached a full settlement of this action at the settlement conference held on December 14, 2022. Immediately thereafter, Judge McAliley held a brief hearing at which Plaintiff confirmed that he agreed to dismiss this action with prejudice, in return for Defendant's agreement not to seek to recover any costs or attorney's fees from Plaintiff (ECF No. 35).[1] In her Report, Judge McAliley recommends that the Court enter an order, based on the stipulation of the parties that was memorialized in open Court on December 14, 2022, dismissing this action with prejudice.

The parties have not filed objections to the Report, and the time to do so has passed. The Court has reviewed the Report and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS AND ADOPTS** Judge McAliley's Report (ECF No. 36). It is hereby **ORDERED AND ADJUDGED** that this case has been **DISMISSED** *with prejudice* pursuant to Federal Rule of

---

[1] At the hearing, Plaintiff explained that he was recently released from custody. He does not have a computer, and this makes it difficult for him to create a stipulation of dismissal and file the same with the Court. *See* Report, ECF No. 36.

Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and fees.  The Clerk is directed to **CLOSE** this case.  All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 22nd day of December, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
for Marcia G. Cooke, United States District Judge

Copies furnished to:

Chris McAliley, U.S. Magistrate Judge

Jesse T. Parker
C10745
4989 Avienda Avenue
Fort Pierce, FL 34946
Email: bluehunndid102@gmail.com
PRO SE

Andrew William Jolly
Purdy, Jolly, Giuffreda, Barranco , Jisa, P.A.
5360 NW 55th Blvd. apt. 205
Coconut Creek, FL 33073
9543368592
Email: andrew@purdylaw.com